No. D–2417. IN RE DISCIPLINE OF SPENCER. Scott W. Spencer, of Columbus, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2418. IN RE DISCIPLINE OF GEORGE. Donald Elias George, of Akron, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2419. IN RE DISCIPLINE OF WHITAKER. Paul M. Whitaker, of Albany, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 04M44. HALL v. TEXAS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 04M45. STEPHENS v. ROCHE, SECRETARY OF THE AIR FORCE; and
No. 04M49. CRUTCHFIELD v. GEORGIA DEPARTMENT OF HUMAN RESOURCES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 04M47. SANTOYO v. CALIFORNIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 04M48. CLARK v. MCLEOD. Motion for leave to file petition for writ of certiorari with the supplemental appendix under seal denied without prejudice to filing a renewed motion together with a redacted version of the supplemental appendix within 30 days.